AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BankFirst, a South Dakota Corporation

V.

Glenn K. Yamamoto and Erlinda S. Yamamoto

CASE NUMBER: 08CV 3531

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Glenn K. Yamamoto, 339 Terrace Court, Palatine, Illinois 60067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas R. Weiler
Norton, Mancini & Weiler
111 W. Washington Street, Suite 835
Chicago, IL 60602
(312)807-4999

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 25, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Wm. C. Smithoff | Accident Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Erlinda S. Yamamoto_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date            Signature of Server: Wm. C. Smithoff

Sworn to and subscribed before me this 26th day of June, 2008
Witness my hand and official seal.
Notary Public: Lena A. Conforti

Address of Server: 17W480 Lake Street, Addison, IL 60101

**OFFICIAL SEAL**
**LENA A CONFORTI**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/05/12

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

12319-TRW,MMP      F:\Trw\12319\pldgs\NOF-ReturnServiceSummons_Glenn.wpd   ATTY # U.S. District Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANKFIRST, a South Dakota Corporation,<br><br>     Plaintiff,<br>vs.<br><br>GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO,<br><br>     Defendants. | No. 08CV03531<br><br>Judge Andersen<br><br>Magistrate Judge Cole |

## NOTICE OF FILING

   PLEASE TAKE NOTICE that on the **8th** day of **July, 2008**, we filed with the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, this **Notice of Filing** and **Summons Returned Executed on Glenn K. Yamamoto** a copy of which is attached hereto and herewith served upon you.

/s/ Thomas R. Weiler
Thomas R. Weiler
NORTON, MANCINI & WEILER
111 W. Washington St.
Chicago, IL 60602-2793
Tel: (312)807-4999     ARDC No. 06184955

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **July 8, 2008**, I filed the foregoing **Notice of Filing of Summons Returned Executed on Glenn K. Yamamoto** by using the CM/ECF system, which sent notification of such filings to the following attorneys of record:

(None at this time.)


                                    By: /s/ Thomas R. Weiler
                                            Thomas R. Weiler


NORTON, MANCINI & WEILER
Attorneys for Defendant
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955