IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANKFIRST, a South Dakota corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-3531 |
| | ) | |
| GLENN K. YAMAMOTO and | ) | Judge Anderson |
| ERLINDA S. YAMAMOTO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

| TO: | Thomas R. Weiler<br>Norton, Mancini & Weiler<br>111 W. Washington Street, Suite 835<br>Chicago, IL 60602 | David E. Runck<br>Jeffrey A. Scott<br>Fafinski Mark & Johnson, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344 |
|---|---|---|

**PLEASE TAKE NOTICE** that on the 30th day of July, 2008, we electronically filed with the Clerk of the U.S. District Court, Northern District, Eastern Division, the Appearance of Michael G. Kreibich.

KOVITZ SHIFRIN NESBIT

By: /s/ Michael G. Kreibich

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned attorney, on oath state, that I served the foregoing Notice of Filing and Appearance of Michael G. Kreibich by mailing true and correct copies to the addresses shown above with proper postage prepaid this 30th day of July, 2008.

/s/ Michael G. Kreibich

Richard W. Hillsberg – 1219030
Michael G. Kreibich – 6283302
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
847.537.0500