IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANKFIRST, a South Dakota corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-3531 |
| | ) | |
| GLENN K. YAMAMOTO and | ) | Judge Anderson |
| ERLINDA S. YAMAMOTO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

NOW COME the Defendants, GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO, by and through their attorneys, KOVITZ SHIFRIN NESBIT, and as and for their Motion for Extension of Time to Respond to the Complaint, state as follows:

1. On June 19, 2008, Plaintiff filed its Complaint against the Defendants, GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO.

2. On June 25, 2008, Plaintiff caused a Summons and copy of the Complaint to be served via substitute service on Defendant, GLENN K. YAMAMOTO.

3. On June 25, 2008, Plaintiff caused a Summons and copy of the Complaint to be personally served on Defendant, ERLINDA S. YAMAMOTO.

4. On or about July 29, 2008, Defendants retained KOVITZ SHIFRIN NESBIT as trial counsel for the above matter.

5. Following this retention, it was discovered that Defendants' deadline to respond to the Complaint filed by Plaintiff was July 29, 2008.

6. Defense counsel was unable to confer with Defendants to properly respond to Plaintiff's Complaint on July 29, 2008.

7. Defendants, GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO, require additional time in which to respond as they have just recently retained counsel in this matter, and Defendants' counsel requires additional time in order to fully investigate the claims made by Plaintiff and respond accordingly.

8. All parties have been notified of the Defendants' intent to seek an extension of time to response to the Complaint and to date we have received no objection.

9. This is the first request for an extension of time submitted by the Defendants, GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO.

10. The Plaintiff will not be unduly prejudiced by the granting of additional time to the Defendants.

WHEREFORE, Defendants, GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO, respectfully request this Honorable Court to grant them an additional thirty (30) days in which to response to the Complaint, and for further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

GLENN K. YAMAMOTO and ERLINDA S. YAMAMOTO,

By:  /s/ Richard W. Hillsberg
     One of Their Attorneys

Richard W. Hillsberg – 1219030
Michael G. Kreibich – 6283302
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
847.537.0500

520500.1