IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANKFIRST, a South Dakota corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-3531 |
| | ) |
| GLENN K. YAMAMOTO and | ) Judge Anderson |
| ERLINDA S. YAMAMOTO, | ) Magistrate Judge Cole |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

| TO: | Thomas R. Weiler | David E. Runck |
|---|---|---|
| | Norton, Mancini & Weiler | Jeffrey A. Scott |
| | 111 W. Washington Street, Suite 835 | Fafinski Mark & Johnson, P.A. |
| | Chicago, IL 60602 | Flagship Corporate Center |
| | | 775 Prairie Center Drive, Suite 400 |
| | | Eden Prairie, MN 55344 |

PLEASE TAKE NOTICE that, on the 4th day of September, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wayne R. Andersen, or any judge sitting in his stead, in the courtroom usually occupied by him in room 1403 of the United States District Court, Northern District, Eastern Division, Illinois, and then and there present the attached **Motion for Extension of Time to Respond to the Complaint**, a copy of which is attached hereto, at which time you may appear.

GLENN R. YAMAMOTO AND ERLINDA S. YAMAMOTO

By:  /s/ Richard W. Hillsberg
     One of Their Attorneys

**CERTIFICATE AND AFFIDAVIT OF DELIVERY**

I, the undersigned attorney, being first duly sworn upon oath, depose and state that I served this Notice and the Motion for Extension of Time to Respond to the Complaint by mailing a copy of each to whom it is directed by depositing same in the U.S. Mail at Buffalo Grove, Illinois at approximately 5:00 p.m. on July 30, 2008, with proper postage prepaid..

By: /s/ Richard W. Hillsberg

Richard W. Hillsberg – 1219030
Michael J. Kreibich – 6283302
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089
847.537.0500

512142.1