UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

BankFirst

                              Plaintiff,

v.                                                             Case No.: 1:08−cv−03531
                                                             Honorable Wayne R. Andersen

Glenn K Yamamoto, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Application to appear pro hac vice [6] is granted. Defendant's motion for extension of time [13] to answer or otherwise plead to plaintiff's complaint is granted to 9/5/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.