IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANKFIRST, a South Dakota corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-3531 |
| | ) | |
| GLENN K. YAMAMOTO and | ) | Judge Anderson |
| ERLINDA S. YAMAMOTO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

| TO: | Thomas R. Weiler<br>Norton, Mancini & Weiler<br>111 W. Washington Street, Suite 835<br>Chicago, IL 60602 | David E. Runck<br>Jeffrey A. Scott<br>Fafinski Mark & Johnson, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344 |
|---|---|---|

**PLEASE TAKE NOTICE** that on the 4th day of September, 2008, we electronically filed with the Clerk of the U.S. District Court, Northern District, Eastern Division, the Answer/Affirmative Defense of Defendants, Glenn R. Yamamoto and Erlinda S. Yamamoto.

GLENN R. YAMAMOTO AND
ERLINDA S. YAMAMOTO

By:   /s/ Michael G. Kreibich
       One of Their Attorneys

### CERTIFICATE AND AFFIDAVIT OF DELIVERY

I, the undersigned attorney, being first duly sworn upon oath, depose and state that I served this Notice and the Defendants' Answer/Affirmative Defenses to Complaint by mailing a copy of each to whom it is directed by depositing same in the U.S. Mail at Buffalo Grove, Illinois at approximately 5:00 p.m. on September 5, 2008, with proper postage prepaid.

By: /s/ Michael G. Kreibich

Richard W. Hillsberg – 1219030
Michael G. Kreibich – 6283302
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089
847.537.0500

548721.1